

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-21-00191-CV

Mario R. **ESPARZA**,
Appellant

v.

Karen R. **ANDERSEN**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0326
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

The record has not been filed in this appeal.

Appellant asserts the trial court signed an appealable order on March 29, 2021. Based on this assertion, a notice of appeal was due on April 28, 2021, *see* TEX. R. APP. P. 26.1, and a motion for extension of time to file a notice of appeal was due on May 13, 2021, *see id.* R. 26.3.

On May 13, 2021, Appellant filed a notice of appeal and a motion for extension of time to file a notice of appeal. *See id.* R. 10.5(b).

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court